IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FRANK BONARRIGO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 3:12-cv-00017-B |
| | § | |
| **HALL JOHNSON EXXON,** | § | |
| **JOHN DOES 1-10, and** | § | |
| **X,Y, Z CORPORATIONS,** | § | |
| | § | |
| **Defendants.** | § | |

## STIPULATION

Plaintiff Frank Bonarrigo and Defendant Hall Johnson Exxon (collectively, "the Parties") agree and stipulate as follows:

The Parties agree and stipulate that Hall Johnson Exxon shall have until and including March 23, 2012, to answer, move, or otherwise respond to Plaintiff Frank Bonarrigo's Complaint and Demand for Jury Trial. It is, therefore,

ORDERED, that Hall Johnson Exxon shall have until and including March 23, 2012, to answer, move, or otherwise respond to Plaintiff Frank Bonarrigo's Complaint and Demand for Jury Trial. This Stipulation is subject to, and without waiver of, any party's right to move or respond under Fed. R. Civ. P. 12.

SIGNED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

AGREED AND STIPULATED:

By: s/ Kim A. Lucas
Kim A. Lucas
  Texas State Bar No. 14991480
  E-mail: klucas@kylemathis.com

KYLE MATHIS & LUCAS LLP
8226 Douglas Avenue, Suite 450
Dallas, Texas 75225
(214) 706-7600 Phone
(214) 706-7622 Fax

ATTORNEYS FOR PLAINTIFF
FRANK BONARRIGO


By: s/ Megan K. Dredla
Stephen G. Gleboff
  Texas State Bar No. 08024500
  E-mail: sgleboff@gleboff-law.com
Megan K. Dredla
  Texas State Bar No. 24050530
  E-mail: mdredla@gleboff-law.com

Gleboff Law Group PLLC
1717 McKinney Avenue, Suite 700
Dallas, Texas 75202
214.593.6458 Phone
214.593.6410 Fax

ATTORNEYS FOR DEFENDANT
HALL JOHNSON EXXON