IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANK BONARRIGO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:12-cv-00017-B |
| | § | |
| HALL JOHNSON EXXON, | § | |
| JOHN DOES 1-10, and | § | |
| X,Y, Z CORPORATIONS, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

Plaintiff Frank Bonarrigo and Defendant Hall Johnson Exxon hereby inform the Court that a settlement of the present matter has been reached. The parties are currently in the process of finalizing a settlement agreement, which they anticipate will be completed shortly.

                    Respectfully Submitted,

                    s/ Kim A. Lucas
                    Kim A. Lucas
                      Texas State Bar No. 14991480
                      E-mail: klucas@kylemathis.com

                    KYLE MATHIS & LUCAS LLP
                    8226 Douglas Avenue, Suite 450
                    Dallas, Texas 75225
                    (214) 706-7600 Phone
                    (214) 706-7622 Fax

                    ATTORNEYS FOR PLAINTIFF
                    FRANK BONARRIGO

                    and

                    s/ Megan K. Dredla
                    Stephen G. Gleboff

        Texas State Bar No. 08024500
        E-mail: sgleboff@gleboff-law.com
Megan K. Dredla
        Texas State Bar No. 24050530
        E-mail: mdredla@gleboff-law.com

Gleboff Law Group PLLC
1717 McKinney Avenue, Suite 700
Dallas, Texas 75202
214.593.6458 Phone
214.593.6410 Fax

**ATTORNEYS FOR DEFENDANT HALL JOHNSON EXXON**

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2012, I filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, using the electronic filing system of the Court, which will send notice of such filing to all counsel of record.

        s/ Megan K. Dredla
        Megan K. Dredla